UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOYAN DONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLOOPEN GROUP HOLDING LIMITED, CHANGXUN SUN, YIPENG LI, KUI ZHOU, QINGSHENG ZHENG, XIAODONG LIANG, ZI YANG, MING LIAO, FENG ZHU, LOK YAN HUI, JIANHONG ZHOU, CHING CHIU, XIEGANG XIONG, CHENG LUO, YUNHAO LIU, COGENCY GLOBAL INC., COLLEEN A. DEVRIES, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, TIGER BROKERS (NZ) LIMITED, and FUTU INC.,<br><br>Defendants. | Case No.: 1:21-cv-10610-JGK<br><br> ~~COURTESY COPY~~ |

[PROPOSED] ORDER APPOINTING
LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Movant Guozhang Wang ("Movant") for appointment of Movant as Lead Plaintiff and approval of selection of the law firms of Berger Montague PC as Lead Counsel and Kirby McInerney LLP as Local Counsel (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. All securities class actions on behalf of purchasers of Cloopen Group Holding Limited securities subsequently filed in, or transferred to, this District will be consolidated into this action. This Order will apply to every such action, absent an order of the Court. A party

objecting to such consolidation or to any other provisions of this Order must file an application for relief from this Order within ten days after the action is consolidated into this action.

3. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

4. Guozhang Wang is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(iii) and 15 U.S.C. §78u-4(a)(3)(B)(iii).

5. Berger Montague PC is appointed as Lead Counsel for the class, and Kirby McInerney LLP is appointed as Local Counsel. Lead Counsel and Local Counsel will have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) the briefing and argument of any and all motions;

(b) the conduct of any and all discovery proceedings, including, without limitation, depositions;

(c) the selection of counsel to act as spokesperson at all pretrial conferences;

(d) the organization of meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

(e) settlement negotiations with counsel for defendants;

(f) the pretrial discovery proceedings, the preparation for trial, the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(g) the preparation and filing of all pleadings; and

(h) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

**IT IS SO ORDERED.**

DATE: __4/7/22__                    _____
                                                  UNITED STATES DISTRICT JUDGE
                                                 SOUTHERN DISTRICT OF NEW YORK