```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
———————————————————————————

BOYAN DONG ET AL.,

              Plaintiffs,          21-cv-10610 (JGK)

    - against -                  ORDER

CLOOPEN GROUP HOLDING LIMITED ET AL.,

              Defendants.

———————————————————————————

JOHN G. KOELTL, District Judge:

    The Court having decided the motions to be appointed lead plaintiff, the Clerk is directed to close all pending motions.

SO ORDERED.
Dated:    New York, New York
          April 8, 2022

                                        _____
                                           John G. Koeltl
                                   United States District Judge