**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOYAN DONG, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CLOOPEN GROUP HOLDING LIMITED, CHANGXUN SUN, YIPENG LI, KUI ZHOU, QINGSHENG ZHENG, XIAODONG LIANG, ZI YANG, MING LIAO, FENG ZHU, LOK YAN HUI, JIANHONG ZHOU, CHING CHIU, XIEGANG XIONG, CHENG LUO, YUNHAO LIU, COGENCY GLOBAL INC., COLLEEN A. DEVRIES, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, TIGER BROKERS (NZ) LIMITED, and FUTU INC.,<br><br>        Defendants. | Case No. 1:21-cv-10610-JGK |

**DECLARATION OF SHERYL SHAPIRO BASSIN IN SUPPORT**
**OF DEFENDANT CLOOPEN GROUP HOLDING LIMITED'S**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Sheryl Shapiro Bassin, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member of the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant Cloopen Group Holding Limited ("Cloopen") in this action.  I am a member in good standing of the Bar of the State of New York, and am admitted to practice before this Court.

2.      I respectfully submit this declaration in support of Defendant Cloopen's Motion to Dismiss the Amended Class Action Complaint and for the purpose of providing the Court with true and correct copies of documents referenced in Cloopen's Memorandum of Law in Support

of its Motion to Dismiss the Amended Class Action Complaint.  Unless otherwise stated, the following facts are within my personal knowledge or are based on review of public records.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Cloopen's Form 424B4 final prospectus, filed with the U.S. Securities and Exchange Commission ("SEC") on February 9, 2021.  This prospectus, which incorporated and formed part of Cloopen's Registration Statement on Form F-1, is referenced throughout the Amended Class Action Complaint (the "Complaint"), including at ¶¶3-4, 6-10, 12, 54-56, 62, 64-70, 72-114.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Cloopen's Form 6-K and its accompanying Exhibit 99.1, announcing its financial results for the fourth quarter of 2020 and the 2020 fiscal year, filed with the SEC on March 26, 2021.  This Form 6-K is referenced in the Complaint, including at ¶¶13, 15, 115-19, 177.

5.      Attached hereto as Exhibit 3 is a true and correct copy of a publicly available transcript of Cloopen's earnings call held on March 26, 2021.  This earnings call is referenced in the Complaint, including at ¶¶15, 118, 120.

6.      Attached hereto as Exhibit 4 is a true and correct copy of Cloopen's historical price data from February 9, 2021 through May 12, 2021, collected from the publicly available source Yahoo! Finance.  Cloopen's historical share price is referenced in the Complaint, including at ¶¶14, 16-17, 121.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2022, in New York, New York.

*s/ Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin