# Exhibit 4

## Historical Stock Chart: Cloopen Group Holding Limited (RAAS)

Source: Yahoo! Finance

| Date | Open | High | Low | Close | Volume | Percent Change |
|------|------|------|-----|-------|--------|----------------|
| 2/9/2021 | 27 | 59 | 26.11 | 48 | 25364600 | N/A |
| 2/10/2021 | 45.41 | 46.98 | 30.5 | 31 | 16877000 | -35.41% |
| 2/11/2021 | 32.93 | 35.52 | 32.02 | 32.08 | 3481000 | 3.48% |
| 2/12/2021 | 32.27 | 32.602 | 29.05 | 31.29 | 2075500 | -2.46% |
| 2/16/2021 | 30.99 | 31.48 | 29.3 | 29.65 | 2141500 | -5.24% |
| 2/17/2021 | 29.4 | 32.435 | 29.1 | 29.37 | 2962700 | -0.94% |
| 2/18/2021 | 29.1 | 30.9 | 29.1 | 30.34 | 1886400 | 3.30% |
| 2/19/2021 | 30.7 | 33.89 | 30.7 | 33.4 | 2220400 | 10.09% |
| 2/22/2021 | 32 | 32 | 28.88 | 28.9 | 2022900 | -13.47% |
| 2/23/2021 | 25.76 | 25.76 | 21.21 | 24.54 | 3905900 | -15.09% |
| 2/24/2021 | 24.11 | 27.1 | 24.1 | 26.24 | 2188800 | 6.93% |
| 2/25/2021 | 24.99 | 25 | 21 | 21.03 | 2994300 | -19.86% |
| 2/26/2021 | 21.11 | 21.43 | 18.76 | 18.87 | 1801300 | -10.27% |
| 3/1/2021 | 20.25 | 22.97 | 19.8 | 22.29 | 1698800 | 18.12% |
| 3/2/2021 | 21.85 | 22.29 | 19.03 | 19.12 | 1425900 | -14.22% |
| 3/3/2021 | 19.91 | 20.77 | 19.2 | 19.92 | 1177400 | 4.18% |
| 3/4/2021 | 19.29 | 19.89 | 17.25 | 17.77 | 1867500 | -10.79% |
| 3/5/2021 | 18.6 | 20 | 16.6 | 19.75 | 2254000 | 11.14% |
| 3/8/2021 | 19 | 19.7 | 16.7 | 17.39 | 2285300 | -11.95% |
| 3/9/2021 | 18.1 | 18.75 | 17.75 | 18.11 | 839500 | 4.14% |
| 3/10/2021 | 18.87 | 18.99 | 16.1 | 16.18 | 2179300 | -10.66% |
| 3/11/2021 | 17.2 | 17.68 | 16.68 | 16.76 | 2118100 | 3.58% |
| 3/12/2021 | 16.45 | 17.6 | 16.28 | 16.87 | 1691600 | 0.66% |
| 3/15/2021 | 17.24 | 17.93 | 16.8 | 17.9 | 1179600 | 6.11% |
| 3/16/2021 | 18.16 | 20.442 | 18.11 | 20.14 | 3062700 | 12.51% |
| 3/17/2021 | 18.82 | 20.35 | 18.54 | 19.93 | 1274700 | -1.04% |
| 3/18/2021 | 19.08 | 21.29 | 19.04 | 20.53 | 2032900 | 3.01% |
| 3/19/2021 | 20.09 | 22.89 | 20.09 | 22.74 | 2171300 | 10.76% |
| 3/22/2021 | 22.06 | 22.5 | 19.7 | 19.81 | 1420500 | -12.88% |
| 3/23/2021 | 19.55 | 20.682 | 19.28 | 19.65 | 1344300 | -0.81% |
| 3/24/2021 | 19.64 | 19.655 | 15.01 | 15.08 | 2991500 | -23.26% |
| 3/25/2021 | 15 | 15 | 13.77 | 14.42 | 2651400 | -4.38% |

1

| Date | Open | High | Low | Close | Volume | Percent Change |
|---|---|---|---|---|---|---|
| 3/26/2021 | 14.38 | 15.171 | 10.6 | 11.75 | 6309600 | -18.52% |
| 3/29/2021 | 12 | 13.08 | 11.51 | 11.61 | 2783800 | -1.19% |
| 3/30/2021 | 11.61 | 14.39 | 11.57 | 13.76 | 3441200 | 18.52% |
| 3/31/2021 | 13.52 | 14.26 | 13.06 | 13.73 | 1319000 | -0.22% |
| 4/1/2021 | 13.94 | 14.19 | 12.61 | 12.9 | 1134700 | -6.05% |
| 4/5/2021 | 13.05 | 13.14 | 11.42 | 12.31 | 1755000 | -4.57% |
| 4/6/2021 | 12.16 | 12.71 | 11.82 | 12.69 | 852600 | 3.09% |
| 4/7/2021 | 12.52 | 12.88 | 12.11 | 12.15 | 817600 | -4.26% |
| 4/8/2021 | 12.3 | 13.5 | 12.19 | 13.37 | 1113500 | 10.04% |
| 4/9/2021 | 12.69 | 13.29 | 12.05 | 12.11 | 1150000 | -9.42% |
| 4/12/2021 | 12.11 | 12.37 | 10.9 | 11.04 | 1355400 | -8.84% |
| 4/13/2021 | 11.2 | 11.8 | 10.97 | 11.71 | 650000 | 6.07% |
| 4/14/2021 | 11.66 | 12.35 | 11.331 | 11.55 | 987300 | -1.37% |
| 4/15/2021 | 11.7 | 11.7 | 10.79 | 11.26 | 707900 | -2.51% |
| 4/16/2021 | 11.39 | 11.39 | 10.92 | 11.01 | 595800 | -2.22% |
| 4/19/2021 | 11.08 | 11.1 | 10.06 | 10.28 | 747600 | -6.63% |
| 4/20/2021 | 10.44 | 10.84 | 9.91 | 10.19 | 653400 | -0.88% |
| 4/21/2021 | 10.15 | 11.46 | 9.95 | 11.16 | 798800 | 9.52% |
| 4/22/2021 | 11.15 | 12.65 | 11.1 | 11.23 | 1185300 | 0.63% |
| 4/23/2021 | 11.5 | 11.9 | 11.16 | 11.27 | 396300 | 0.36% |
| 4/26/2021 | 11.47 | 12.065 | 11.359 | 11.99 | 878800 | 6.39% |
| 4/27/2021 | 11.99 | 12.145 | 10.88 | 10.96 | 1105600 | -8.59% |
| 4/28/2021 | 11.05 | 11.3 | 10.83 | 11.16 | 586100 | 1.82% |
| 4/29/2021 | 11.3 | 11.36 | 10.3 | 10.56 | 753900 | -5.38% |
| 4/30/2021 | 10.39 | 10.5 | 9.98 | 10.03 | 1065300 | -5.02% |
| 5/3/2021 | 10.09 | 10.38 | 10.01 | 10.2 | 349100 | 1.69% |
| 5/4/2021 | 10.1 | 10.1 | 9.78 | 9.89 | 1092600 | -3.04% |
| 5/5/2021 | 10.07 | 10.45 | 9.85 | 10.06 | 655600 | 1.72% |
| 5/6/2021 | 10 | 10.455 | 9.81 | 10.35 | 595900 | 2.88% |
| 5/7/2021 | 10.26 | 10.34 | 9.58 | 9.63 | 1085000 | -6.96% |
| 5/10/2021 | 9.64 | 9.84 | 8.945 | 9.59 | 927300 | -0.42% |
| 5/11/2021 | 8.79 | 9.93 | 8.79 | 9.89 | 879700 | 3.13% |
| 5/12/2021 | 9.6 | 9.682 | 8.97 | 8.97 | 917100 | -9.30% |