**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BOYAN DONG, Individually and On Behalf
of All Others Similarly Situated,

               Plaintiff,

     v.

CLOOPEN GROUP HOLDING LIMITED,
CHANGXUN SUN, YIPENG LI, KUI ZHOU,
QINGSHENG ZHENG, XIAODONG LIANG,
ZI YANG, MING LIAO, FENG ZHU, LOK
YAN HUI, JIANHONG ZHOU, CHING
CHIU, XIEGANG XIONG, CHENG LUO,
YUNHAO LIU, COGENCY GLOBAL INC.,
COLLEEN A. DEVRIES, GOLDMAN
SACHS (ASIA) L.L.C., CITIGROUP
GLOBAL MARKETS INC., CHINA
INTERNATIONAL CAPITAL
CORPORATION HONG KONG
SECURITIES LIMITED, TIGER BROKERS
(NZ) LIMITED, and FUTU INC.,

               Defendants.

Case No. 1:21-cv-10610-JGK

---

**UNDERWRITER DEFENDANTS' NOTICE OF JOINDER**
**IN DEFENDANT CLOOPEN GROUP HOLDING LIMITED'S**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

     **PLEASE TAKE NOTICE** that Defendants Goldman Sachs (Asia) L.L.C., Citigroup Global

Markets Inc., Tiger Brokers (NZ) Limited, and Futu Inc. (now known as "Moomoo Financial Inc.") (the

"Underwriter Defendants") hereby join in Defendant Cloopen Group Holding Limited's Motion to

Dismiss Plaintiff's Amended Class Action Complaint, including the arguments set forth in Cloopen

Group Holding Limited's supporting Memorandum of Law.

Dated: July 15, 2022

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

*s/ Todd G. Cosenza*
Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tcosenza@willkie.com
ccording@willkie.com

*Attorneys for the Underwriter Defendants*