**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOYAN DONG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CLOOPEN GROUP HOLDING LIMITED, CHANGXUN SUN, YIPENG LI, KUI ZHOU, QINGSHENG ZHENG, XIAODONG LIANG, ZI YANG, MING LIAO, FENG ZHU, LOK YAN HUI, JIANHONG ZHOU, CHING CHIU, XIEGANG XIONG, CHENG LUO, YUNHAO LIU, COGENCY GLOBAL INC., COLLEEN A. DEVRIES, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, TIGER BROKERS (NZ) LIMITED, and FUTU INC., <br><br> Defendants. | Case No. 1:21-cv-10610-JGK |

**DECLARATION OF JOANNA A. DIAKOS IN SUPPORT OF**
**THE COGENCY DEFENDANTS' JOINDER IN CLOOPEN**
**GROUP HOLDING LIMITED'S MOTION TO DISMISS**

I, Joanna A. Diakos, declare as follows:

1.    I am a member in good standing of the bar of the State of New York. I am a partner at the law firm of K&L Gates LLP, attorneys of record for Defendants Cogency Global Inc. and Colleen A. DeVries (collectively, the "Cogency Defendants"). I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

2.    I submit this declaration in support of the Cogency Defendants' Joinder in Cloopen Group Holding Limited's ("Cloopen") Motion to Dismiss Plaintiff's Amended Complaint.

3.    Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of Cloopen's Form F-1 filed with the U.S. Securities and Exchange Commission (the "SEC") on or about January 19, 2021, and available at https://sec.report/Document/0001047469-21-000127/a2242756zf-1.htm.

4.    Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of Cloopen's Amendment No. 1 to Form F-1, filed with the SEC on or about January 29, 2021, and available at https://sec.report/Document/0001047469-21-000226/a2242823zf-1a.htm.

5.    Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of Cloopen's Amendment No. 2 to Form F-1, filed with the SEC on or about February 3, 2021, and available at https://sec.report/Document/0001047469-21-000268/a2242866zf-1a.htm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:   July 15, 2022
         New York, New York

By:    /s/ Joanna A. Diakos
       Joanna A. Diakos

2