# Exhibit 3

F-1/A 1 a2242866zf-1a.htm F-1/A

Use these links to rapidly review the document
TABLE OF CONTENTS
TABLE OF CONTENTS 2

Table of Contents

**As filed with the Securities and Exchange Commission on February 3, 2021**

**Registration No. 333-252205**

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

**AMENDMENT NO.2 TO**
# FORM F-1
**REGISTRATION STATEMENT**
**Under**
**The Securities Act of 1933**

---

## Cloopen Group Holding Limited
(Exact name of Registrant as specified in its Constitution)

| **Cayman Islands** | **7372** | **Not Applicable** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**16/F, Tower A, Fairmont Tower**
**33 Guangshun North Main Street**
**Chaoyang District, Beijing**
**People's Republic of China**
**(86) 10-5282-3178**
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

---

**Cogency Global Inc.**
**122 East 42nd Street, 18th Floor**
**New York, NY 10168**
**(800) 221-0102**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

---

**Copies to:**

| | |
|---|---|
| **Dan Ouyang, Esq.**<br>**Wilson Sonsini Goodrich & Rosati**<br>**Professional Corporation**<br>**Unit 2901, 29F, Tower C, Beijing Yintai Centre**<br>**No. 2 Jianguomenwai Avenue**<br>**Chaoyang District, Beijing 100022**<br>**People's Republic of China**<br>**(86) 10-6529-8300** | **Z. Julie Gao, Esq.**<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>**c/o 42/F, Edinburgh Tower, The Landmark**<br>**15 Queen's Road Central**<br>**Hong Kong**<br>**(852) 3740-4700** |
| **Robert G. Day, Esq.**<br>**Wilson Sonsini Goodrich & Rosati**<br>**Professional Corporation**<br>**650 Page Mill Road**<br>**Palo Alto, California 94304**<br>**(650) 493-9300** | |

---

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, or the Securities Act, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

**SIGNATURE OF AUTHORIZED REPRESENTATIVE IN THE UNITED STATES**

Pursuant to the Securities Act of 1933, the undersigned, the duly authorized representative in the United States of Cloopen Group Holding Limited, has signed this registration statement or amendment thereto in New York on February 3, 2021.

COGENCY GLOBAL INC.
Authorized U.S. Representative

By: /s/ COLLEEN A. DE VRIES

Name: Colleen A. De Vries
Title: Senior Vice President

II-10