**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOYAN DONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLOOPEN GROUP HOLDING LIMITED, CHANGXUN SUN, YIPENG LI, KUI ZHOU, QINGSHENG ZHENG, XIAODONG LIANG, ZI YANG, MING LIAO, FENG ZHU, LOK YAN HUI, JIANHONG ZHOU, CHING CHIU, XIEGANG XIONG, CHENG LUO, YUNHAO LIU, COGENCY GLOBAL INC., COLLEEN A. DEVRIES, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, TIGER BROKERS (NZ) LIMITED, and FUTU INC.,<br><br>Defendants. | Case No.: 1:21-cv-10610-JGK |

**DECLARATION OF BARBARA A. PODELL IN SUPPORT**
**OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTIONS TO DISMISS THE AMENDED COMPLAINT**

I, Barbara A. Podell, declare as follows:

1.    I am a member in good standing of the bar of the Commonwealth of Pennsylvania. I am a shareholder with the law firm of Berger Montague PC, attorneys of record for Lead Plaintiff Guozhang Wang and the proposed class ("Plaintiffs"). I have personal knowledge of the following facts, and if called upon to testify, I could and would testify competently thereto.

2.    I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the August 10, 2022 decision and order denying defendants' motion to dismiss in *Sonny St John v. Cloopen Group Holding Limited*, Index No. 652617/20219 (New York Cty. Sup. Ct.) ("State Action").

4.    Attached hereto as Exhibit 2 is a true and correct copy of the November 13, 2020 Warrant to Purchase Series F Preferred Shares of Cloopen Group Holding Limited.

Pursuant to 28 U.S.C. § 1746.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 15, 2022
       Philadelphia, PA

By:    ___*Barbara A. Podell*___
       Barbara Podell