UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOYAN DONG, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    v.<br><br>CLOOPEN GROUP HOLDING LIMITED, CHANGXUN SUN, YIPENG LI, KUI ZHOU, QINGSHENG ZHENG, XIAODONG LIANG, ZI YANG, MING LIAO, FENG ZHU, LOK YAN HUI, JIANHONG ZHOU, CHING CHIU, XIEGANG XIONG, CHENG LUO, YUNHAO LIU, COGENCY GLOBAL INC., COLLEEN A. DEVRIES, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, TIGER BROKERS (NZ) LIMITED, and FUTU INC.,<br><br>             Defendants. | Case No. 1:21-cv-10610-JGK |

**DEFENDANT CHINA INTERNATIONAL CAPITAL CORPORATION
HONG KONG SECURITIES LIMITED'S NOTICE OF JOINDER
IN DEFENDANT CLOOPEN GROUP HOLDING LIMITED'S
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, having been served the amended class action complaint

and summons in this matter on August 31, 2022, Defendant China International Capital

Corporation Hong Kong Securities Limited ("CICC") hereby joins in Defendant Cloopen Group

Holding Limited's Motion to Dismiss Plaintiff's Amended Class Action Complaint (Dkt. No.

92), including the arguments set forth in Cloopen Group Holding Limited's supporting

Memorandum of Law (Dkt. No. 93).

- 2 -

Dated: September 14, 2022

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

*s/ Charles D. Cording*

Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tcosenza@willkie.com
ccording@willkie.com

*Attorneys for Defendants Goldman Sachs (Asia) L.L.C., Citigroup Global Markets Inc., China International Capital Corporation Hong Kong Securities Limited, Tiger Brokers (NZ) Limited, and Futu Inc. (n/k/a "Moomoo Financial Inc.")*