**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOYAN DONG, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>CLOOPEN GROUP HOLDING LIMITED, CHANGXUN SUN, YIPENG LI, KUI ZHOU, QINGSHENG ZHENG, XIAODONG LIANG, ZI YANG, MING LIAO, FENG ZHU, LOK YAN HUI, JIANHONG ZHOU, CHING CHIU, XIEGANG XIONG, CHENG LUO, YUNHAO LIU, COGENCY GLOBAL INC., COLLEEN A. DEVRIES, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, TIGER BROKERS (NZ) LIMITED, and FUTU INC.,<br><br>          Defendants. | Case No. 1:21-cv-10610-JGK |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE COGENCY DEFENDANTS' JOINDER IN CLOOPEN GROUP HOLDING LIMITED'S MOTION TO DISMISS**

K&L GATES  LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900

*Attorneys for Defendants Cogency Global Inc.*
*and Colleen A. De Vries*

Defendants Cogency Global Inc. and Colleen A. DeVries (together, the "Cogency Defendants"), by and through their undersigned counsel, to avoid duplication and for efficiency, hereby submit this reply joinder in further support of the Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") filed by Defendant Cloopen Group Holding Limited ("Cloopen"). The Cogency Defendants expressly join in, adopt and incorporate by reference herein the factual background and all of the arguments and authorities set forth in Cloopen's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Amended Complaint, and respectfully request that the Court dismiss the Amended Complaint with prejudice.

In their Joinder Motion, the Cogency Defendants argued that (1) the claims asserted against Ms. DeVries should be dismissed because she signed the Registration Statement in her capacity as an employee of Cogency Global, and (2) the Section 15 claims against the Cogency Defendants should be dismissed because there is no support for the notion that a duly authorized representative can be considered a control person. In its response brief, Plaintiff raises arguments that miss the mark entirely.

First, Plaintiff argues that Ms. DeVries is liable in her individual capacity because she signed the Registration Statement, but Plaintiff fails to address the fact that, as the documents themselves make clear, she did so on behalf of Cogency Global, Cloopen's duly authorized representative. Declaration of Joanna A. Diakos in Support of the Cogency Defendants' Joinder in Motion to Dismiss ("Diakos Decl.") (ECF No. 97) ¶ 3, Ex. 1 (Form F-1) at II-10; *see also* Ex. 1 at Cover Page, 7, 90; Ex. 2 (Amendment No. 1 to Form F-1) at II-10; Ex. 3 (Amendment No. 2 to Form F-1) at II-10. In other words, the "signer" of the registration statement is Cogency Global, not Ms. DeVries. Further, Plaintiff failed to cite a single case in which an employee of a duly

1

authorized representative was held liable under Section 11.  For these reasons, the Section 11 claim as asserted against Ms. DeVries should be dismissed.

*Second*, Plaintiff's conclusory Section 15 argument is that Ms. DeVries is liable under Section 11, and Cogency controlled her so it is liable under Section 15.  While Cogency concedes that it controls Ms. DeVries, she is not liable under Section 11, thereby dooming Plaintiff's Section 15 claim.  Further, Plaintiff has provided no support for the notion that a duly authorized representative for a foreign issuer can be held liable under Section 15.  Accordingly, Plaintiff's Section 15 claim should be dismissed.

## **CONCLUSION**

For all of these reasons and those set forth in Cloopen's reply memorandum of law in further support of its motion to dismiss, the Cogency Defendants respectfully request that the Amended Complaint be dismissed.

Dated:  September 14, 2022

Respectfully submitted,

K&L GATES LLP

By: /s/ *Joanna A. Diakos*
    Joanna A. Diakos, Esq.
    K&L Gates LLP
    599 Lexington Avenue
    New York, New York 10022
    Tel.:  (212) 536-3900
    Fax:  (212) 536-3901
    Email:  joanna.diakos@klgates.com

    *Attorneys for Defendants Cogency Global*
    *Inc. and Colleen A. DeVries*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Section II.D of the Court's Individual Practices, the undersigned certifies that this reply brief contains 453 words and complies with the Court's formatting rules.

Dated:  September 14, 2022

Respectfully submitted,

K&L GATES LLP

By: /s/ *Joanna A. Diakos*

    Joanna A. Diakos, Esq.
    K&L Gates LLP
    599 Lexington Avenue
    New York, New York 10022
    Tel.:  (212) 536-3900
    Fax:  (212) 536-3901
    Email:  joanna.diakos@klgates.com

*Attorneys for Defendants Cogency Global Inc. and Colleen A. DeVries*

3