**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

March 23, 2023

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

3/23/23

John G. Koeltl, U.S.D.J.

Re: *Dong v. Cloopen Group Holding Limited et al.*,
Case No. 1:21-cv-10610-JGK

Dear Judge Koeltl:

We represent Defendant Cloopen Group Holding Limited ("Cloopen") in the above-captioned action. Pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, responsive pleadings to the Amended Class Action Complaint (the "Complaint") are due 14 days after the Court's ruling on Defendants' motions to dismiss, which is March 30, 2023. In accordance with Sections I.E. and I.F. of this Court's Individual Practices, Cloopen, on behalf of itself and Defendants Goldman Sachs (Asia) LLC, Citigroup Global Markets Inc., China International Capital Corporation Hong Kong Securities Limited, Tiger Brokers (NZ) Limited, Futu Inc., Cogency Global Inc., and Colleen A. DeVries, respectfully requests an extension until April 17, 2023 for Defendants to submit their responsive pleadings to the Complaint. There have been no prior requests for an extension of the deadline to file responsive pleadings to the Complaint. Counsel for Lead Plaintiff consents to the requested extension.

The Complaint spans 195 paragraphs over 60 pages and alleges claims under both the Securities Act of 1933 and the Securities Exchange Act of 1934. Given the breadth and scope of the allegations in the Complaint, this modest extension allows the parties sufficient time to investigate and respond to each of the allegations.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin

cc: All Counsel of Record (via CM/ECF)