USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BOYAN DONG, et al.,

                Plaintiffs,

     - against -

CLOOPEN GROUP HOLDING LIMITED et al.,

                Defendants.
------------------------------------------------------------X

21-CV-10610 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This case has been referred to me for general pretrial purposes. (Dkt. 117.) Having reviewed the parties' Rule 26(f) Report and Proposed Case Management Order, the Court orders the following:

    1. The parties may coordinate merits discovery with the State Action, *St. John v. Cloopen Group Holding Limited et al.*, Index No. 652617/2021 (N.Y. Sup. Ct., N.Y. Cnty).

    2. Any motion for class certification must be filed by Lead Plaintiff by May 26, 2023; Defendants' opposition shall be filed by July 28, 2023; any reply shall be filed by August 28, 2023.

    3. Fact discovery shall be completed by September 15, 2023.

    4. Expert reports shall be exchanged October 2, 2023.

    5. Expert rebuttal reports shall be exchanged by November 1, 2023.

    6. Expert discovery shall be completed by December 1, 2023.

    7. The deadline for filing dispositive motions shall be 30 days from completion of expert discovery.

8. All deadlines are without prejudice to a party requesting an extension of deadlines for good cause, including continued discovery coordination with the State Action and production of documents from China.

9. The parties shall jointly file a status report every 90 days.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2023
       New York, New York

Copies transmitted this date to all counsel of record.