**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

May 19, 2023

<u>VIA CM/ECF</u>

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2023
```

    **Re: <u>Dong v. Cloopen Group Holding Limited et al.</u>,**
      **No. 1:21-cv-10610-JGK-RWL**

Dear Judge Lehrburger:

  We are counsel for Lead Plaintiff and Defendants in the above-referenced action. We write jointly to request that the Court adjourn the settlement conference scheduled for May 24, 2023. The parties submit that there is good cause for the requested adjournment. The parties' Rule 26(f) Report and Proposed Case Management Order (ECF No. 116) stated that the parties to this action participated in a mediation session with Robert A. Meyer, Esq., on February 13, 2023, and that the parties have continued settlement discussions with the assistance of Mr. Meyer. Those discussions continued productively since the parties' May 3, 2023 telephonic conference with Your Honor. Given the above, the parties request that the May 24, 2023 settlement conference be adjourned.

  The parties are available at the Court's convenience if the Court has any questions.

Respectfully submitted,

BERGER MONTAGUE PC      WILSON SONSINI GOODRICH & ROSATI
                    Professional Corporation

<u>s/ *Michael Dell'Angelo*</u>          <u>s/ *Sheryl Shapiro Bassin*</u>
Sherrie R. Savett            Sheryl Shapiro Bassin
Michael Dell'Angelo          1301 Avenue of the Americas, 40th Floor
Barbara Podell             New York, New York 10019
Andrew D. Abramowitz         Telephone: (212) 999-5800
1818 Market Street, Suite 3500      Facsimile: (866) 974-7329
Philadelphia, Pennsylvania 19103     Email: sbassin@wsgr.com
Telephone: (215) 875-3000
Email: ssavett@bm.net
Email: mdellangelo@bm.net
Email: bpodell@bm.net
Email: aabramowitz@bm.net

WILSON SONSINI

The Honorable Robert W. Lehrburger
May 19, 2023
Page 2 of 3

*Counsel for Lead Plaintiff Guozhang Wang and the Federal Class*

KIRBY McINERNEY LLP

s/ *Thomas W. Elrod*
Thomas W. Elrod
Ira M. Press
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
Email: telrod@kmllp.com
Email: ipress@kmllp.com

*Counsel for Lead Plaintiff Guozhang Wang and the Federal Class*

Ignacio E. Salceda (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: ISalceda@wsgr.com

*Counsel for Defendants Cloopen Group Holding Limited, Changxun Sun, Yipeng Li, Xiegang Xiong, and Cheng Luo*

WILLKIE FARR & GALLAGHER LLP

s/ *Charles D. Cording*
Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: ccording@willkie.com
Email: tcosenza@willkie.com

*Counsel for Defendants Goldman Sachs (Asia) L.L.C., Citigroup Global Markets Inc., China International Capital Corporation Hong Kong Securities Limited, Tiger Brokers (NZ) Limited, and Futu Inc. (n/k/a Moomoo Financial Inc.)*

K&L GATES LLP

s/ *Joanna A. Diakos*
Joanna A. Diakos
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
Email: joanna.diakoskordalis@klgates.com

*Counsel for Defendants Cogency Global Inc. and Colleen A. De Vries*

WILSON SONSINI

The Honorable Robert W. Lehrburger
May 19, 2023
Page 3 of 3

                              MORRISON & FOERSTER LLP

                              s/ *Haimavathi V. Marlier*
                              Timothy W. Blakely
                              Edinburgh Tower,
                              33/F The Landmark,
                              15 Queen's Road Central
                              Hong Kong
                              Telephone: +852 2585-0870
                              Facsimile: +852 2585-0800
                              Email: TBlakely@mofo.com

                              Haimavathi V. Marlier
                              250 West 55th Street
                              New York, New York 10019
                              Telephone: (212) 468-8000
                              Facsimile: (212) 468-7900
                              Email: HMarlier@mofo.com

                              *Counsel for Defendants Kui Zhou and*
                              *Qingsheng Zheng*

cc:     All Counsel of Record (via CM/ECF)

Granted. The settlement conference scheduled for May 24, 2023 is adjourned sine die. The parties shall continue good faith efforts to settle with the help of the mediator. Should the parties at some later point desire to seek the assistance of the Court for settlement purposes, they shall so notify the Court.

SO ORDERED:

5/19/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE