# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

June 6, 2023

**VIA CM/ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>    Re: **Dong v. Cloopen Group Holding Limited et al.,**
>        **No. 1:21-cv-10610-JGK-RWL**

Dear Judge Koeltl:

We are counsel for Lead Plaintiff and Defendants in the above-referenced action.  We write to inform the Court that the parties have reached an agreement-in-principle to jointly settle this securities class action and the parallel state court action, *Sonny St. John v. Cloopen Group Holding Limited et al.*, Index No. 652617/2021 (N.Y. Sup. Ct., N.Y. Cnty.) (the "State Action"). We also write to inform the Court that the parties plan to seek approval of the joint settlement from the court in the parallel State Action, without further burdening this Court.

The parties therefore respectfully request that the Court adjourn all deadlines in this action while the parties work to finalize the settlement documentation.  The parties hope to be in a position to finalize and file the preliminary settlement approval and notice documents in the State Action within forty-five (45) days. Unless otherwise directed, the parties will provide this Court with status reports regarding the progress of the settlement approval process in the State Action every sixty days (60) or sooner as relevant Orders are entered in the State Action.

The parties are available at the Court's convenience if the Court has any questions.

Respectfully submitted,

BERGER MONTAGUE PC

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Michael Dell'Angelo*
Michael Dell'Angelo
Andrew D. Abramowitz
1818 Market Street, Suite 3500
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Email: mdellangelo@bm.net
Email: aabramowitz@bm.net

s/ *Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: sbassin@wsgr.com

*Counsel for Lead Plaintiff Guozhang Wang
and the Federal Class*

**WILSON SONSINI**

The Honorable John G. Koeltl
June 6, 2023
Page 2 of 3

KIRBY McINERNEY LLP

s/ *Thomas W. Elrod*
Thomas W. Elrod
Ira M. Press
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
Email: telrod@kmllp.com
Email: ipress@kmllp.com

*Counsel for Lead Plaintiff Guozhang Wang and the Federal Class*

Ignacio E. Salceda (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: ISalceda@wsgr.com

*Counsel for Defendants Cloopen Group Holding Limited, Changxun Sun, Yipeng Li, Xiegang Xiong, and Cheng Luo*

WILLKIE FARR & GALLAGHER LLP

s/ *Charles D. Cording*
Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: ccording@willkie.com
Email: tcosenza@willkie.com

*Counsel for Defendants Goldman Sachs (Asia) L.L.C., Citigroup Global Markets Inc., China International Capital Corporation Hong Kong Securities Limited, Tiger Brokers (NZ) Limited, and Futu Inc. (n/k/a Moomoo Financial Inc.)*

K&L GATES LLP

s/ *Joanna A. Diakos*
Joanna A. Diakos
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
Email: joanna.diakoskordalis@klgates.com

*Counsel for Defendants Cogency Global Inc. and Colleen A. De Vries*

**WILSON SONSINI**

The Honorable John G. Koeltl
June 6, 2023
Page 3 of 3

MORRISON & FOERSTER LLP

s/ *Haimavathi V. Marlier*
Timothy W. Blakely
Edinburgh Tower,
33/F The Landmark,
15 Queen's Road Central
Hong Kong
Telephone: +852 2585-0870
Facsimile: +852 2585-0800
Email: TBlakely@mofo.com

Haimavathi V. Marlier
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: HMarlier@mofo.com

*Counsel for Defendants Kui Zhou and
Qingsheng Zheng*

cc:    All Counsel of Record (via CM/ECF)