UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOYAN DONG, ET AL.,
           Plaintiffs,

    - against -                        21-cv-10610 (JGK)

CLOOPEN GROUP HOLDING LIMITED, ET      ORDER
AL.,
           Defendants.

---

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the parties have settled this action, it is, on this 6th day of June, 2023, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 45 days of the date of this order, counsel for the plaintiffs may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within forty-five (45) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
         June 6, 2023

                                    _____
                                    John G. Koeltl
                                    United States District Judge

**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

June 6, 2023

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Dong v. Cloopen Group Holding Limited et al.,**
    **No. 1:21-cv-10610-JGK-RWL**

Dear Judge Koeltl:

We are counsel for Lead Plaintiff and Defendants in the above-referenced action. We write to inform the Court that the parties have reached an agreement-in-principle to jointly settle this securities class action and the parallel state court action, *Sonny St. John v. Cloopen Group Holding Limited et al.*, Index No. 652617/2021 (N.Y. Sup. Ct., N.Y. Cnty.) (the "State Action"). We also write to inform the Court that the parties plan to seek approval of the joint settlement from the court in the parallel State Action, without further burdening this Court.

The parties therefore respectfully request that the Court adjourn all deadlines in this action while the parties work to finalize the settlement documentation. The parties hope to be in a position to finalize and file the preliminary settlement approval and notice documents in the State Action within forty-five (45) days. Unless otherwise directed, the parties will provide this Court with status reports regarding the progress of the settlement approval process in the State Action every sixty days (60) or sooner as relevant Orders are entered in the State Action.

The parties are available at the Court's convenience if the Court has any questions.

Respectfully submitted,

BERGER MONTAGUE PC

*s/ Michael Dell'Angelo*
Michael Dell'Angelo
Andrew D. Abramowitz
1818 Market Street, Suite 3500
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Email: mdellangelo@bm.net
Email: aabramowitz@bm.net

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: sbassin@wsgr.com

*Counsel for Lead Plaintiff Guozhang Wang and the Federal Class*

**WILSON SONSINI**

The Honorable John G. Koeltl
June 6, 2023
Page 2 of 3

KIRBY McINERNEY LLP

s/ *Thomas W. Elrod*
Thomas W. Elrod
Ira M. Press
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
Email: telrod@kmllp.com
Email: ipress@kmllp.com

*Counsel for Lead Plaintiff Guozhang Wang and the Federal Class*

Ignacio E. Salceda (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: ISalceda@wsgr.com

*Counsel for Defendants Cloopen Group Holding Limited, Changxun Sun, Yipeng Li, Xiegang Xiong, and Cheng Luo*

WILLKIE FARR & GALLAGHER LLP

s/ *Charles D. Cording*
Todd G. Cosenza
Charles D. Cording
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: ccording@willkie.com
Email: tcosenza@willkie.com

*Counsel for Defendants Goldman Sachs (Asia) L.L.C., Citigroup Global Markets Inc., China International Capital Corporation Hong Kong Securities Limited, Tiger Brokers (NZ) Limited, and Futu Inc. (n/k/a Moomoo Financial Inc.)*

K&L GATES LLP

s/ *Joanna A. Diakos*
Joanna A. Diakos
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
Email: joanna.diakoskordalis@klgates.com

*Counsel for Defendants Cogency Global Inc. and Colleen A. De Vries*

**WILSON SONSINI**

The Honorable John G. Koeltl
June 6, 2023
Page 3 of 3

                                      MORRISON & FOERSTER LLP

                                      s/ *Haimavathi V. Marlier*
                                      Timothy W. Blakely
                                      Edinburgh Tower,
                                      33/F The Landmark,
                                      15 Queen's Road Central
                                      Hong Kong
                                      Telephone: +852 2585-0870
                                      Facsimile: +852 2585-0800
                                      Email: TBlakely@mofo.com

                                      Haimavathi V. Marlier
                                      250 West 55th Street
                                      New York, New York 10019
                                      Telephone: (212) 468-8000
                                      Facsimile: (212) 468-7900
                                      Email: HMarlier@mofo.com

                                      *Counsel for Defendants Kui Zhou and*
                                      *Qingsheng Zheng*

cc:     All Counsel of Record (via CM/ECF)